IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


ALAN EARL ROWE                                                                                      PLAINTIFF


VS.                                            4:08CV03943 JMM/JTR


ARKANSAS DEPARTMENT
OF CORRECTION; ET AL.                                                                          DEFENDANTS


**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that:

1. Separate Defendant Arkansas Department of Correction is DISMISSED, WITH PREJUDICE.

2. Separate Defendant Correctional Medical Services, Inc., is DISMISSED, WITHOUT PREJUDICE.

3. The Clerk is directed to prepare a summons for Defendants Lieutenant Crumpton, Corporal Ivy, Corporal T. Sanders, Sergeant H. Williams, Corporal Butler, and Corporal A. Stewart. The United States Marshal is directed to serve the summons, the Complaint and Amended Complaint (docket entries #2 and #8), the Recommended Partial Disposition, and this Order on those six

Defendants through the ADC Compliance Division, without prepayment of fees and costs or security therefor.[1]

4. The Clerk is directed to prepare a summons for Defendants Nurses Glass and Lewis. The United States Marshal is directed to serve the summons, the Complaint and Amended Complaint (docket entries #2 and #8), the Recommended Partial Disposition, and this Order on those two Defendants through the Humphries and Lewis law firm, without prepayment of fees and costs or security therefor.[2]

Dated this   5   day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

---

[1] If any of the Defendants are no longer ADC employees, the ADC Compliance Office shall file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for the unserved Defendant.

[2] If any of the Defendants are no longer CMS employees, the Humphries and Lewis law firm shall file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for the unserved Defendant.