IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALAN EARL ROWE                                                                    PLAINTIFF

VS.                                       4:08CV03943 JMM/JTR

ARKANSAS DEPARTMENT
OF CORRECTION; ET AL.                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Separate Defendant Corporal Ivy is DISMISSED, WITHOUT PREJUDICE, due to a lack of service, pursuant to Fed. R. Civ. P. 4(m).

Dated this   26   day of   May  , 2009.


_____
UNITED STATES DISTRICT JUDGE