**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


ALAN EARL ROWE                                                    PLAINTIFF


VS.                              4:08CV03943 JMM/JTR


ARKANSAS DEPARTMENT
OF CORRECTION; ET AL.                                            DEFENDANTS


**<u>ORDER</u>**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition

submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After

careful review, the Court concludes that the Proposed Findings and Recommended Partial

Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings

in all respects.

IT IS THEREFORE ORDERED that Separate Defendant Ruben Ivy is DISMISSED,

WITHOUT PREJUDICE, due to a lack of service, pursuant to Fed. R. Civ. P. 4(m).

Dated this ___2___ day of __November__, 2009.


_____
UNITED STATES DISTRICT JUDGE