IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALAN EARL ROWE                                                                                              PLAINTIFF

4:08CV0003943 JMM

ARKANSAS DEPARTMENT
OF CORRECTION; ET AL.                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge j. Thomas Ray.  No objections have been filed.

After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendants' Motions for Summary Judgment (docket entries #90, #93, and #109) are GRANTED, and the case is DISMISSED, WITH PREJUDICE.

DATED this   12   day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE