IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALAN EARL ROWE                                                                                    PLAINTIFF

4:08CV0003943 JMM

ARKANSAS DEPARTMENT
OF CORRECTION; ET AL.                                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE.

Dated this __12__ day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE